IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

LOURENCO MAQUIS LEE, SR.                                                                PLAINTIFF

v.                                      Case No. 6:24-cv-06157

CAPTAIN DUSTIN BURNETTE
(Hot Spring County Detention Center)                                                    DEFENDANT

## ORDER

Before the Court is a Report and Recommendation filed on September 22, 2025, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 29). Judge Ford recommends that Plaintiff's Complaint be dismissed without prejudice for failure to comply with the Court's Local Rules and Orders and failure to prosecute this case. (ECF No. 29, at 2).

Plaintiff has not responded to the Report and Recommendation, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, finding no clear error on the face of the record and that Judge Ford's reasoning is sound, the Court adopts the Report and Recommendation (ECF No. 29) *in toto*. Accordingly, the Court finds that Plaintiff's Complaint should be and hereby is **DISMISSED WITHOUT PREJUDICE** for failure to comply with the Court's Local Rules and Orders and failure to prosecute this case.

**IT IS SO ORDERED**, this 14th day of November, 2025.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge